LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENNILLE MELTON,<br>   Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY[1]<br> Commissioner of Social Security,<br><br>   Defendant. | No: 2:23-cv-10496-RAO<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND 00/100 ($4,850.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  05/08/2024     *Rozella A. Oliver* (signature)
                     HON. ROZELLA A. OLIVER
                     UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin O'Malley is substituted for his predecessor as the defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).